IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00271-WDM-PAC

SCOTT BELL,

      Applicant,

v.

R. WILEY, WARDEN,

      Respondent.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Applicant's "Notice to Submit" (Doc. #16), which the court liberally construes as a motion for ruling on his Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241, filed February 28, 2006, is **DENIED AS MOOT.**  A recommended disposition of the application issued this date.

Dated:  January 2, 2007