IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00271-WDM-PAC[OES]

SCOTT BELL,

    Applicant,

v.

R. WILEY, WARDEN,

    Respondent.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation (doc no 18) of Magistrate Judge O. Edward Schlatter on Applicant Scott Bell's Petition for Writ of Habeas Corpus ("Petition") and Motion for Preliminary Injunction. Applicant filed this action challenging a Bureau of Prisons' regulation, 28 C.F.R. § 570.21, that limits a federal prisoner's placement in a community corrections center to the last ten percent of his prison sentence, not to exceed six months. Applicant also seeks an order from the court instructing Respondent to consider Applicant in good faith for an immediate transfer to a community corrections center. Magistrate Judge Schlatter, after careful consideration of the conflicting case law in this district and other circuits, agreed with those courts that have concluded that the regulation is invalid. *See Levine v. Apker*, 455 F.3d 71 (2d Cir. 2006); *Fults v. Sanders*, 442 F.3d 1088 (8th Cir. 2006); *Woodall v. BOP*, 432, F.3d 235 (3d Cir. 2005); *Wedelstedt v. Wiley*, 2006 WL 2475268 (D. Colo. 2006).

Accordingly, he recommended that Applicant's Petition be granted and the Motion for Preliminary Injunction be denied as moot. Respondent filed a timely objection, arguing that *Levine*, *Fults*, *Woodall*, and *Wedelstedt* were wrongly decided and noting that the issue was on appeal before the Court of Appeals for the Tenth Circuit. Since that court's ruling would be dispositive in this case, Respondent requested that final adjudication be stayed until the decision issued.

On February 20, 2007, the Tenth Circuit issued its opinion in the appeal of *Wedelstedt v. Wiley*. ___ F.3d ___ (2007 WL 512517). The majority of the panel agreed with the conclusions in *Levine*, *Fults*, *Woodall*, and *Wedelstedt* that 28 C.F.R. § 570.21 contradicts Congress's clear intent as expressed in 18 U.S.C. § 3621(b) and is therefore invalid. Magistrate Judge's Schlatter's recommendation is in accordance with the now-controlling law of this circuit.

Accordingly, it is ordered:

1. The recommendations of Magistrate Judge Schlatter, issued January 2, 2007 (doc no 18) are accepted.
2. Applicant's Petition for Writ of Habeas Corpus is granted. Respondent shall reconsider Applicant in good faith for placement in a community corrections center, in accordance with 18 U.S.C. § 3621(b).

3. The Motion for Preliminary Injunction (doc no 9) is denied as moot.

DATED at Denver, Colorado, on March 7, 2007.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge